**SO ORDERED**

**Date signed March 01, 2010**



**REGISTRY OF JUDGMENTS**

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
At Greenbelt

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| MINH VU HOANG | : | Case No. 05-21078-TJC |
| THANH HOANG | : | Case No. 05-25738-TJC |
| | : | (Chapter 7) |
| Debtor | : | (Jointly Administered Under |
| | : | No. 05-21078-TJC) |
| _____ | : | |
| | : | |
| GARY A. ROSEN, CHAPTER 7 TRUSTEE | : | |
| FOR MINH VU HOANG AND THANH HOANG | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adversary Proceeding |
| | : | No. 09-00481 |
| BAY GENERAL PARTNERSHIP, et al. | : | |
| | : | |
| Defendants | : | |

ORDER ENTERING JUDGMENT BY DEFAULT AGAINST
DEFENDANTS BAY GENERAL PARTNERSHIP, ALEXANDER
KHANH ANH LE AND UY THIEN HOANG AND BY CONSENT AGAINST
JOSEPH V. BUONASSISSI, RICHARD E. HENNING, RICHARD A. LASH
<u>MARY SNYDER BARRY AND KEITH M. YACKO</u>

Upon the Plaintiff's *Verified Application for Entry of Default* heretofore filed herein, and

it appearing to the Court that notwithstanding that the Defendants Bay General Partnership,

Alexander Khanh Anh Le, Uy Thien Hoang, Joseph V. Buonassissi, Richard E. Henning, Richard A. Lash, Mary Snyder Barry and Keith M. Yacko were served with a copy of the *Complaint* and the *Summons and Notice of Pre-Trial Conference* as appears by reference to the *Certificate of /Service* heretofore filed herein, said Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang having failed to respond to said *Complaint* and *Summons* or otherwise to enter an appearance herein and the Defendants Joseph V. Buonassissi, Richard E. Henning, Richard A. Lash, Mary Snyder Barry and Keith M. Yacko having consented to the relief requested; and it further;

APPEARING that on November 20, 2009, the Clerk of this Court entered a default as to the Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang; and it further

APPEARING that the entry of judgment by default against the Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang is appropriate pursuant to Federal Rule 55(b)(2) (made applicable to these proceedings by Bankruptcy Rule 7055); and it further

APPEARING that Joseph V. Buonassissi, Richard E. Henning, Richard A. Lash, Mary Snyder Barry and Keith M. Yacko consent to the relief requested.

Upon careful consideration of the foregoing, it is therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment by default against the Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang be, and the same hereby is, GRANTED; and it is further

ORDERED, that judgment by consent against the Defendants Joseph V. Buonassissi, Richard E. Henning, Richard A. Lash, Mary Snyder Barry and Keith M. Yacko is granted; and it

is further

ORDERED that the real property located, known and designated as 617 Tayman Drive, Annapolis, MD 21401 be, and the same hereby is, DECLARED to be the lawful property of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that a constructive trust be, and the same hereby is, IMPOSED upon 617 Tayman Drive, Annapolis, MD 21401 for the exclusive benefit of the Trustee and the Bankruptcy Estates herein; and it is further

ORDERED that the Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang be, and they hereby are, ADJUDGED and DECLARED to be without any legal right, title or interest in 617 Tayman Drive, Annapolis, MD 21401; and it is further

ORDERED that the Plaintiff/Trustee be, and he hereby is, ADJUDGED and DECLARED to be entitled to all dominion and control over 617 Tayman Drive, Annapolis, MD 21401; and it is further

ORDERED that the Defendants Bay General Partnership, Alexander Khanh Anh Le, Uy Thien Hoang, Joseph V. Buonassissi, Richard E. Henning Richard A. Lash, Mary Snyder Barry and Keith M. Yacko , and all persons acting in concert or cooperation with them, deliver and turnover to Gary A. Rosen, Trustee, all of the right, title and interest of Bay General Partnership, Alexander Khanh Anh Le, Uy Thien Hoang, Joseph V. Buonassissi, Richard E. Henning Richard A. Lash, Mary Snyder Barry and Keith M. Yacko to 617 Tayman Drive, Annapolis, MD 21401 including, *inter alia*, the execution and delivery to Gary A. Rosen, Trustee, of a good and sufficient Deed to 617 Tayman Drive, Annapolis, MD 21401 in form and content sufficient to effect change of record title thereto among the Land Records of Anne Arundel County, Maryland; and it is further

ORDERED that the Defendants Bay General Partnership, Alexander Khanh Anh Le and Uy Thien Hoang , and all persons acting in cooperation with them be, and they hereby are, PERMANENTLY ENJOINED from taking any action to hinder, instruct, impede or otherwise frustrate the Trustee in his management of 617 Tayman Drive, Annapolis, MD 21401 and the marketing and sale of 617 Tayman Drive, Annapolis, MD 21401.

**END OF ORDER**